# NO. 12-09-00344-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TRACI ANNETTE CHRISTENSEN,* *APPELLANT* | § | *APPEAL FROM THE 354TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *RAINS COUNTY,* *APPELLEE* | § | *RAINS COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed because Appellant, Traci Annette Christensen, has failed, after notice, to pay or make arrangements to pay the trial court clerk's fee for preparing the clerk's record. Christensen appeals from a judgment signed on September 11, 2009. On November 13, 2009, this court notified the trial court clerk that the clerk's record was due to have been filed on or before November 10, 2009. The court also extended the time for filing the clerk's record to December 10, 2009. On November 18, 2009, the trial court clerk responded in writing that the clerk's record had not been filed because Christensen had not paid the fee for preparation of the record.

On November 23, 2009, this court informed Christensen that the clerk's letter stated the reason for the delay in filing was due to nonpayment of the required preparation fee. Christensen was further informed that, pursuant to rules of appellate procedure 37.3(b) and 42.3(c), the appeal would be dismissed unless proof of full payment to the clerk was provided on or before December 3, 2009. Because Christensen has not provided proof of full payment or otherwise responded to this court's notice, the appeal is ***dismissed***. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

Opinion delivered December 16, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)